UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GREGORY RONALD COLEMAN,

    Petitioner,

                                  Case No. 1:07-cv-465

v.

                                  HONORABLE PAUL L. MALONEY

SHIRLEE A. HARRY,

    Respondent.
_____/


## **JUDGMENT**

      Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.


Date: March 22, 2010                                              /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 Chief United States District Judge